Henry Mayrhofer v. Joseph J. De Long.— Motion denied, with

ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.